ACCEPTED
03-15-00079-CR
6662685
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 2:04:04 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00079-CR

| | | |
|---|---|---|
| **DAVID KENT THACKER, JR.** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 2:04:04 PM
JEFFREY D. KYLE
Clerk

## STATE'S UNOPPOSED FOURTH & FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 13 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of the offense of Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense. The offense was thereby enhanced from a third-degree felony to habitual, and Appellant received a life sentence on January 28, 2015. Appellant's brief was filed on April 17, 2015. The State's brief is currently due on August 26, 2015.

### II.

I am handling the appeal for the State in this case. I filed the State's brief in 03-14-00818-CR on August 6, 2015. Since early August, I have had to review five habeas corpus applications, some of which were lengthy. One application required

1

research to draft an order for the trial court, and I filed an answer to another original application filed with the Court of Criminal Appeals in WR-83,674-02. Additionally, I have gathered information on and reviewed expunctions and nondisclosures, including 10 petitions in the last few weeks. I have also recently assisted other attorneys in the office with various issues in their appeals. I have read through the Appellant's brief, the record, and watched the video evidence in the instant case, and I have begun researching and writing the State's response. However, I have not yet been able to finish the brief. In light of the foregoing, I respectfully request an additional 13 days to file the State's brief. This is the State's fourth and final motion for extension.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 13 days, until September 8, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Unopposed Fourth & Final Motion to Extend Time to File Brief* has been delivered to Appellant DAVID KENT THACKER, JR.'s attorney in this matter:

Gerald C. Moton
11765 West Avenue, PMB 248
Austin, TX 78216
motongerald32@gmail.com
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 26th day of August, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Mr. Gerald C. Moton, Attorney for Appellant DAVID KENT THACKER, JR., was not opposed to the instant motion.

/s/ Joshua D. Presley
**Joshua D. Presley**